## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## MONROE DIVISION

| | |
|---|---|
| TERRY DALE TILMON | CIVIL ACTION NO. 21-4037 |
| | SECTION P |
| VS. | |
| | JUDGE TERRY A. DOUGHTY |
| CHAIRMAN OF THE UNION PARISH DETENTION CENTER COMMISSION, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 13] having been considered, together with the Objection [Doc. No. 15] filed by Plaintiff Terry Dale Tilmon on April 13, 2022. After a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the following are **DISMISSED** as frivolous and for failure to state a claim on which relief may be granted:

(1) Plaintiff Terry Dale Tilmon's Religious Land Use and Institutionalized Persons Act claims against defendants in their individual capacities;

(2) Plaintiff's claim that the UPDCC does not use proper equipment for the safe disposal of fluorocarbons and other toxins;

(3) Plaintiff's condition-of-confinement claims concerning: (a) the lack of operable showers and face basins; (b) difficulty sleeping due to a constantly operating shower; (c) his fear of electrocution from water leaking near light fixtures; and (d) scalding shower water;

(4) Plaintiff's medical care claim against Superintendent Adams;

(5) Plaintiff's claim that Superintendent Adams and Officer Hill opened his legal mail in his absence;

(6) Plaintiff's claim that Superintendent Adams interfered with mail he sent to the Parole Board;

(7) Plaintiff's claim that he lost a prior civil rights action because of Superintendent Adams' interference;

(8) Plaintiff's claims against Officer Fields and Officer McElroy;

(9) Plaintiff's request to charge defendants with crimes; and

(10) Plaintiff's official-capacity claims against Secretary LeBlanc.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against the State of Louisiana are **DISMISSED WITHOUT PREJUDICE** as frivolous, for failing to state a claim on which relief may be granted, and for seeking monetary relief from a defendant immune from such relief.

MONROE, LOUISIANA, this 14th day of April 2022.

_____
**TERRY A. DOUGHTY**
**UNITED STATES DISTRICT JUDGE**