**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **TERRY DALE TILMON #81500** | **CASE NO. 3:21-CV-04037 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **CHAIRMAN ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

# J U D G M E N T

The Report and Recommendation [Doc. No. 61] of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendant James LeBlanc's Motion to Dismiss Pursuant to FED. R. CIV. P. 12(b)(6) [Doc. No. 45] is **GRANTED**, and Plaintiff's claims against him are **DISMISSED WITH PREJUDICE**.

MONROE, LOUISIANA, this 17th day of January 2023.

_____
Terry A. Doughty
United States District Judge