UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

**TERRY DALE TILMON #81500**      **CASE NO. 3:21-CV-04037 SEC P**

**VERSUS**      **JUDGE TERRY A. DOUGHTY**

**CHAIRMAN ET AL.**      **MAG. JUDGE KAYLA D. MCCLUSKY**

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 98] having been considered and no objections thereto having been filed, and finding that same is supported by the law and record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Defendants' Motion for Summary Judgment [Doc. No. 81] is **GRANTED IN PART** and **DENIED IN PART**. Defendants' Motion is **GRANTED** and Plaintiff's claims are **DISMISSED with prejudice** as to the following claims: (1) that Defendants exposed Plaintiff to excessive e-cigarette, tobacco, and marijuana smoke in violation of the Eighth Amendment; (2) that Defendants' failure to adequately staff the Union Parish Detention Center caused Plaintiff's exposure to marijuana smoke, which prevented him from practicing his religion; (3) that Defendants' failure to adequately staff the Union Parish Detention Center violated the Religious Land Use of Institutionalized Persons Act; (4) that the conditions of Plaintiff's confinement violated his Eighth Amendment rights; (5) Plaintiff's retaliation claim; (6) Plaintiff's state-law negligence claims only as to Union Parish Police Jury; and (7) Plaintiff's slip-and-fall claim.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Defendants'

Motion for Summary Judgment [Doc. No. 81] is otherwise **DENIED**.[1]

MONROE, LOUISIANA this 7th day of August, 2023.

```
                              _____
                                    TERRY A. DOUGHTY
                              UNITED STATES DISTRICT JUDGE
```

---

[1] Two claims remain, both against Union Parish Detention Center Commission: (1) state-law negligence for exposure to environmental tobacco smoke; and (2) state-law negligence for failure to control insects.